UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 09-10079-CIV-MARTINEZ-BROWN

STUART W. KESSLER,

    Plaintiff,

vs.

FLORIDA DEPT. OF REVENUE, et al.,

    Defendants.
_____/

## OMNIBUS ORDER REGARDING SCHEDULING MATTERS

THIS CAUSE comes before the Court upon Plaintiff's Motion to Expedite Resolution of Outstanding Motions and to Require Defendants to File an Answer (D.E. No. 55), as well as Defendants' Motion to Continue the Trial (D.E. No. 56). After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiff's Motion to Expedite (D.E. No. 55) is **GRANTED IN PART AND DENIED IN PART,** as follows: Based upon a review of the record as a whole, including the need to resolve pending dispositive motions prior to the trial date and the fact that Defendants have yet to file an Answer, the undersigned finds good cause to require Defendants to file expedited objections to the Magistrate Judge's Report and Recommendation (D.E. No. 50). *See* S.D. Fla. Mag. J.R. 4(b); *Golatt v. Liability Solutions, Inc.*, No. 07-22408-CIV, 2008 WL 2795961, at *3 (S.D. Fla. Jul. 18, 2008). Therefore, Defendants shall file any objections on or before **Friday, February 19, 2010**. The failure to file timely written objections shall bar Defendants from attacking on appeal the factual findings contained in the Report and Recommendation. Plaintiff's motion is denied in all other respects. To the extent that Plaintiff requests additional time to conduct discovery based upon the matters raised in Defendant's

Answer, this request is denied as premature, since no Answer has been filed.

2. Defendants' Motion to Continue (D.E. No. 56) is **GRANTED** and the previous calendar call and trial dates are hereby **CANCELLED.**

3. Trial is rescheduled to commence during the two-week period of **Monday, April 12, 2010**, in Courtroom 10-2, 400 North Miami Avenue, Miami, Florida, 33128, with calendar call commencing on **Thursday, April 8, 2010 at 1:30 p.m.** at the same location.[1] Counsel may appear at the calendar call telephonically, provided that they call the Court one day prior to the hearing at (305) 523-5595 for the teleconference phone number.

4. All remaining pretrial deadlines set forth in this Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge ("Pretrial Order") (D.E. No. 15) shall be recalculated from this new trial date. The Court's Pretrial Order shall otherwise remain in full force and effect.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of February, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record

---

[1] Although this trial was originally scheduled to be held in Key West, the parties telephonically consented to a trial in Miami.